■ JAMES J. SMISLOFF, Respondent, v DAVID P. STOTT, JR., et al., Appellants. DAVID P. STOTT, JR., et al., Third-Party Plaintiffs-Appellants, v GREGG SMISLOFF, Third-Party Defendant-Respondent. (Appeal No. 1.) [19 NYS3d 452]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered August 14, 2014. The order, inter alia, dismissed defendants' counterclaims and dismissed the third-party complaint.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Smith, J.P., Peradotto, Carni, Whalen and DeJoseph, JJ.